UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MYRA ANN PRUITT, | ) |
| Plaintiff, | ) |
| v. | ) |
| HONDA OF AMERICA MANUFACTURING, INC., DIAMOND LOGISTICS, INC., LINCOLN GENERAL INSURANCE COMPANY, PENSKE TRUCK LEASING COMPANY, L.P., a Delaware Limited Partnership, ROBERT PEYTON, and STACY G. LUNA, | ) No. 3:06-0128 ) JUDGE ECHOLS |
| Defendants. | ) |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) "Plaintiff's Objection to Defendant Honda of America Manufacturing Inc.'s Notice of Removal" (Docket Entry No. 4), which the Court construes as a Motion to Remand, is hereby GRANTED.

(2) This case is hereby REMANDED to the Chancery Court of Rutherford County, Tennessee, for lack of federal question jurisdiction.

(3) The Clerk is directed to forward a copy of this Order and the accompanying Memorandum, as well as a copy of the Separate Answer and Cross-Claim of Defendant Honda of America Manufacturing, Inc., (Docket Entry No. 2), to the Clerk of the Chancery Court of Rutherford County, Tennessee.

1

Case 3:06-cv-00128    Document 7    Filed 03/28/06    Page 1 of 2 PageID #: 79

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE